UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE GRIFFITH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GRUMA CORPORATION,<br><br>    Defendant. | Case No. 14-cv-00833-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to Cox v. Gruma Corp., Case No. 12-cv-6502 YGR.

**IT IS SO ORDERED.**

Dated: February 26, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge